FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 17 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERRANCE MALONE,

          Plaintiff,

  -against-

CITY OF NEW YORK,

          Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2882 (DGT)

     A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on September 16, 2010, granting defendant's motion for summary judgment; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
       September 16, 2010

ROBERT C. HEINEMANN
Clerk of Court